| United States District Court | DISTRICT  New Jersey |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>CARLOS E. ALMONTE | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>2:10-mj-8109-2 |

The above named defendant was arrested upon the complaint of

charging a violation of    18 USC § 956

| DISTRICT OF OFFENSE  New Jersey | DATE OF OFFENSE |
|---|---|

DESCRIPTION OF CHARGES:

CONSPIRACY TO KILL, KIDNAP, MAIM, OR INTJURE PERSONS OR DAMAGE PROPERTY IN A FOREIGN COUNTRY

BOND IS FIXED AT
$    Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_6/7/2010_     _[signature]_
Date             United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |