JAMES PATTON
Attorney at Law
209 South Livingston Ave., Suite 9
Livingston, New Jersey 07039
(973) 992-3500
Attorney for Defendant Carlos Almonte

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

. . . . . . . . . . . . . . . . . . . . . . . . . .

UNITED STATES OF AMERICA :    Mag. No. 10-8109

                          :    Hon. Dickinson R. Debevoise

         v.                  :

                          :    ORDER

CARLOS ALMONTE          :

                          :

. . . . . . . . . . . . . . . . . . . . . . . . . .

This matter having been opened to the Court by James Patton, attorney for Carlos Almonte, for an order directing the Metropolitan Detention Center to admit a defense psychiatrist, Dr. Steven Xenakis, to the facility for the purpose of evaluating Carlos Almonte, and the Court having considered the representations of counsel that such an evaluation is necessary in order to adequately represent Mr. Almonte in a sentencing proceeding,

IT IS on the 12ᵗʰ day of September, 2011

ORDERED that the Metropolitan Detention Center in Brooklyn, New York, admit Dr. Steven Xenakis at mutually convenient times to conduct a psychological evaluation of Carlos Almonte.

_____
Dickinson R. Debevoise, U.S.D.J.