JAMES PATTON
Attorney at Law
209 South Livingston Ave., Suite 9
Livingston, New Jersey 07039
(973) 992-3500
Attorney for Defendant Carlos Almonte

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

.........................
                                :
UNITED STATES OF AMERICA :      Mag. No. 10-8109
                                :
                                :      Hon. Dickinson R. Debevoise
            v.                  :
                                :      ORDER
CARLOS ALMONTE                  :
                                :
.........................

This matter having been opened to the Court by James Patton, attorney for Carlos Almonte, for an order directing the Metropolitan Detention Center to admit a defense psychologist, Dr. Barry Rosenfeld, to the facility for the purpose of conducting psychological testing of Carlos Almonte, and the Court having considered the representations of counsel that such testing is necessary in order to adequately represent Mr. Almonte in a sentencing proceeding,

IT IS on the 12th day of September, 2011

ORDERED that the Metropolitan Detention Center in Brooklyn, New York, admit Dr. Barry Rosenfeld at mutually convenient times to conduct a psychological evaluation of Carlos Almonte.

----------------------------
Dickinson R. Debevoise, U.S.D.J.