

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

**WILLIAM T. WALSH**
CLERK

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry PLAZA
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

REPLY TO: __TRENTON__

## TRAVEL AUTHORIZATION
(Please complete this form and submit to the Court for approval)

Name: *Dr. Stephen N. Xenakis*

Case Caption: *USA v. Carlos Almonte*

Travel Dates: (May be nonspecific if confidentiality is required). *Between September 21, 2011 and September 25, 2011*

Purpose of Travel: (Destination/reason for trip. May be nonspecific if confidentiality is required). *Psychiatric exam of defendant. Travel from Arlington, VA area to NYC area*

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above-described trip in connection with your representation under the Criminal Justice Act.

You are authorized to contact Omega World Travel at 1-866-450-0401 to request reservations and airline tickets. You must identify yourself as a CJA Panel Attorney (or Expert) in the District of New Jersey and advise Omega that your tickets are to be charged to this court's account. You should instruct Omega where to deliver your tickets.

A copy of this Travel Authorization, as well as a copy of the airline tickets which were provided by Omega, must be attached to your voucher for audit purposes.

_____9/20/11_____
Date of Request

_____
U.S.D.J.

__Sept. 20, 2011__
Date

Internal Reference Number _____
(For Court Use Only)

(Rev. 4/11)