

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700  (973)645-2700
Newark, NJ 07102

April 29, 2013

VIA ECF FILING
Hon. Dickinson R. Debevoise
Senior United States District Judge
United States District Court
Martin Luther King, Jr.
  Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    United States v. Carlos E. Almonte
              Criminal No. 11-132 (DRD)

              United States v. Mohamed Alessa
              Criminal No. 11-133 (DRD)

Dear Judge Debevoise:

    This afternoon the government received the defendants' joint motion for reconsideration of the sentences imposed on April 15, 2013. In its letter dated April 18, 2013, the Court stated that the bombing attack in Boston "had nothing to do with the sentence" it imposed. Accordingly, the Court should deny the defendants' motion without further proceedings or submissions. If the Court would prefer a more formal response, the government stands ready to provide one as directed.

                                      Respectfully submitted,

                                      PAUL J. FISHMAN
                                      United States Attorney

                        By:    L. JUDSON WELLE
                              ANDREW KOGAN
                              Assistant U.S. Attorneys

cc:    Stanley Cohen, Esq.
        James Patton, Esq.