UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2580
_____

UNITED STATES OF AMERICA

v.

CARLOS E. ALMONTE,
                                Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(No. 2-11-cr-00132-001)
District Judge:  Honorable Dickinson R. Debevoise

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 1, 2014

_____

Before:  AMBRO, CHAGARES, and VANASKIE, Circuit Judges.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on October 1, 2014.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that counsel's motion for withdrawal filed on November 25, 2013 be and hereby is

GRANTED and the order of the District Court entered May 21, 2013, be and is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

                                       Attest:

                                       s/ Marcia M. Waldron
                                       Clerk

DATED: October 15, 2014

**Certified as a true copy and issued in lieu of a formal mandate on** 11/10/2014

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**