Case No. 11-cr-132                                  DISTRICT OF NEW JERSEY

Carlos E. Almonte
Reg. No. 61800-050
FCI Fairton
Po Box 420
Fairton, NJ 08320

U             COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 MAY 17  A 0:28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

---

**UNITED STATES OF AMERICA,**
                            **Respondent,**

            **v.**                                          **Case No. 11-cr-132**
**Carlos E. Almonte,**
                            **Movant.**

---

## MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO §3006(a)

---

COMES NOW, Carlos E. Almonte, Movant pro se, and moves this Honorable Court for the District of New Jersey for appointment of counsel for an intended compassionate release motion pursuant to §3582 (C)(1)(A).

A. Mr. Almonte was indicted and arrested June 5, 2010. He was subsequently sentenced on April 15, 2013 for conspiracy to commit murder in a foreign country in violation of 18 U.S.C.S. §956(a) (1) to a one – count information; he subsequently received a 20-year sentence.

B. Mr. Almonte has served approximately twelve years, 75% of his projected sentence. See Sentence Computation (BOP)

C. Mr. Almonte has three Extraordinary and Compelling reasons for the Court to consider for his compassionate release.

D. Mr. Almonte is requesting time served and claims that he is not a threat to the community as provided in 18 U.S.C. §3142(g).

1

Case No. 11-cr-132                                      DISTRICT OF NEW JERSEY

    E. Mr. Almonte has exhausted his administrative remedies with the warden at FCI Fairton requesting compassionate release.

    F. Mr. Almonte's request for counsel derives from the complexity of his case and because he cannot afford an attorney at this time.

## Legal Standard And Conclusion.

    Federal law permits the Court to appoint counsel to indigent post-conviction litigants where the "interests of justice so require." 18 U.S.C. §3006(a)(2)(B). The Court should consider whether the petition has presented a meritorious claim, and whether the appointment of counsel would benefit the Movant and the Court. *Reese v. Fulcomer,* 946 F.2d 247, 264 (3d Cir. 1991).


                                     Respectfully Submitted,

Dated:   5/12/2022                              *C. Almonte*

                                     Carlos E. Almonte

                                     Reg. No.  61800 - 050

                                     FCI Fairton

                                     Movant pro se.


Motion denied.
The Clerk of the Court shall provide a copy of this order to
the defendant by regular mail.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:  7/8/2022

2

Case No. 11-cr-132                                         DISTRICT OF NEW JERSEY

## CERTIFICATE OF SERVICE

I, Carlos E. Almonte hereby certify that I have served a true and correct copy of the following Motion Requesting Appointment of Counsel Pursuant to Title 18 U.S.C. §3006(a). Which is deemed filed at the time it was delivered to prison authorities for forwarding. Houston v. Lack, 101 L. Ed. 2d 245 (1988), upon the United States Attorney's Office, by placing the same in sealed, postage prepaid envelope addressed to:

U.S. Attorney's Office

United States Courthouse

50 Walnut Street, Room 4015

Newark, NJ 07102

And deposited same in the United States Mail at:

FCI Fairton

PO Box 420

Fairton, NJ 08320

I declare the foregoing under the penalty of perjury pursuant to 28 U.S.C. §1746. That the foregoing is true and correct.

Dated: _5/12/2022_ _____   _C. Almonte_ _____

Carlos E. Almonte

Reg. No. 61800-050

FCI Fairton

PO Box 420

Fairton, NJ 08320

Movant, Pro se.

3



Carlos E. Almonte 61800-050
Federal Correctional Institution (Fairton)
P.O. Box 420
Fairton, NJ 08320
USA

SOUTH JERSEY NJ 080
12 MAY 2022 PM 4 L

U.S. Attorney's Office
United States Courthouse
50 Walnut St., Room 4D
Newark, NJ 07102
USA

07102-357015

RECEIVED
2022 JUL 1 A 10: 27
CLERK U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

FOREVER / USA