TRULINCS 61800050 - ALMONTE, CARLOS E - Unit: OXF-W-P

---

FROM: 61800050
TO: Associate Warden
SUBJECT: ***Request to Staff*** ALMONTE, CARLOS, Reg# 61800050, OXF-W-P
DATE: 07/31/2024 05:23:53 PM

To: Warden
Inmate Work Assignment: Rec Labor

Most Respectfully I would like to file for a Sentence Reduction under 3582 Compassionate Release.

(i) Grandmother's illness, she needs round the clock care
(ii) Extremely Harsh Conditions of Confinement
(iii) Rehabilitation

My Grandmother is 93 years old and she helped raising me as a child. Constantly she needs 24 hours assistance and the family is unable to take care of her.

Harsh conditions: Ever since my sentence only once was I in a facility which was near my family. Plus the Covid Lockdowns and for 11 years of my 14 in prison I have only had a few visits from my family due to being far from home.

Rehabilitation: I have completed more than 80% of my sentence with Good time taken into consideration and have clear conduct for the last 6 years.

Thank you



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
Oxford, Wisconsin 53952

---

Office of the Warden

August 9, 2024

Response to Inmate Request to Staff Member

Almonte, Carlos
Reg. No.: 61800-050

You requested a reduction in sentence (RIS) based on the care of your grandmother, your perceptions of the conditions of your confinement, and your rehabilitation efforts. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

Upon review of all information, a reduction in sentence would minimize the severity of your offense. Your request for a motion under 18 U.S.C. 3582(c)(1)(A) for compassionate release is denied.

_____    8-12-24
E. Emmerich, Warden         Date

## AFFIDAVIT IN SUPPORT OF
## REQUEST FOR REDUCTION OF SENTENCE OR COMPASSIONATE RELEASE

BEFORE ME, the undersigned authority, personally appeared the undersigned, PEDRO A. ALMONTE, who being first duly sworn upon oath, deposes and says that:

1. My name is Pedro A. Almonte, and I have personal knowledge of the facts set forth in this Affidavit.

2. My mother, Eulogia Almonte, born on March 11, 1931, has a past medical history significant for hypertension, hypothyroidism, and hospitalizations for neurologic disorders.

3. On or about April 22, 2024, my mother experienced generalized tonic-clonic seizures and altered mental status. Since that time, her memory has deteriorated, and she is currently experiencing episodes of waking up in the middle of the night and wandering. As a result, my mother now requires constant supervision.

4. My family has been unable to find a caretaker who can provide 24-hour supervision for my mother. Because my family is unable to provide 24-hour supervision, my son Carlos E. Almonte is needed to care for his 93-year-old grandmother.

5. While the physicians have not given her a definite life expectancy, her disease and age make her susceptible and prone to unexpected death if not properly supervised.

FURTHER AFFIANT SAYETH NOT

_____
PEDRO A. ALMONTE

STATE OF FLORIDA
COUNTY OF OSCEOLA

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization this __18th__ day of October, 2024, by PEDRO A. ALMONTE, who [ ] is personally known to me or [X] has produced a Florida Driver's License as identification or [ ] has produced _____ as identification.

(Affix Notary Stamp/Seal Below)

SANDRA ORTIZ
Notary Public - State of Florida
Commission # HH 113067
My Comm. Expires Apr 4, 2025

NOTARY
Print Name: Sandra Ortiz
Notary Public, State of Florida
My Commission Expires: April 4, 2025

## AFFIDAVIT IN SUPPORT OF
## REQUEST FOR REDUCTION OF SENTENCE OR COMPASSIONATE RELEASE

BEFORE ME, the undersigned authority, personally appeared the undersigned, SABRINA ALMONTE, who being first duly sworn upon oath, deposes and says that:

1. My name is Sabrina Almonte, and I have personal knowledge of the facts set forth in this Affidavit.

2. My mother-in-law, Eulogia Almonte, born on March 11, 1931, has a past medical history significant for hypertension, hypothyroidism, and hospitalizations for neurologic disorders.

3. On or about April 22, 2024, my mother-in-law experienced generalized tonic-clonic seizures and altered mental status. Since that time, her memory has deteriorated, and she is currently experiencing episodes of waking up in the middle of the night and wandering. As a result, my mother-in-law now requires constant supervision.

4. My family has been unable to find a caretaker who can provide 24-hour supervision for my mother-in-law. Because my family is unable to provide 24-hour supervision, my son Carlos E. Almonte is needed to care for his 93-year-old grandmother.

5. While the physicians have not given her a definite life expectancy, her disease and age make her susceptible and prone to unexpected death if not properly supervised.

FURTHER AFFIANT SAYETH NOT

*Sabrina Almonte*
SABRINA ALMONTE

STATE OF FLORIDA
COUNTY OF OSCEOLA

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization this _18th_ day of October, 2024, by SABRINA ALMONTE, who ☐ is personally known to me or ☒ has produced a Florida Driver's License as identification or ☐ has produced ─────────────── as identification.

(Affix Notary Stamp/Seal Below)

SANDRA ORTIZ
Notary Public - State of Florida
Commission # HH 113067
My Comm. Expires Apr 4, 2025

NOTARY
Print Name: _Sandra Ortiz_
Notary Public, State of Florida
My Commission Expires: _April 4, 2025_

October 17, 2024

Re: Carlos E. Almonte
Register Number: 61800-050

Dear Judge John Michael Vazquez:

We, Pedro A. Almonte and Sabrina Almonte, write in support of our son Carlos E. Almonte's request for Reduction of Sentence or Compassionate Release due to extraordinary and compelling reasons. Our son has been incarcerated since 2010 and is currently housed at FCI Oxford in Wisconsin.

The family's grandmother, Eulogia Almonte (Pedro A. Almonte's mother), born on March 11, 1931, has a past medical history significant for hypertension, hypothyroidism, and hospitalizations for neurologic disorders. On or about April 22, 2024, Ms. Almonte experienced generalized tonic-clonic seizures and altered mental status. Since that time, Ms. Almonte's memory has deteriorated, and she is currently experiencing episodes of waking up in the middle of the night and wandering. As a result, Ms. Almonte now requires constant supervision. The family has been unable to find a caretaker who can provide 24-hour supervision for Ms. Almonte. Because our family is unable to provide 24-hour supervision, my son Carlos E. Almonte is needed to care for his 93-year-old grandmother. While the physicians have not given her a definite life expectancy, her disease and age make her susceptible and prone to unexpected death if not properly supervised. We want her dying days to be spent at home, surrounded by her loved ones, particularly her grandson, Carlos E. Almonte. Due to these circumstances, we respectfully request that our son be released so that he can care for his grandmother.

While we understand that this compassionate release petition is dependent on several factors, we believe our son is a worthy candidate. Since arriving to prison in 2010, our son has participated in a variety of activities and programs, including carpentry and basic level construction. He has consistently demonstrated his willingness and ability to follow the Bureau of Prisons' laws and regulations and communicate with his family. In short, he has done what prisoners are meant to do in prison: rehabilitate themselves so that they can reintegrate into society as law-abiding members of their communities. Therefore, our son poses no threat to the safety of people in our country or around the world.

If our son is granted compassionate release to care for his grandmother, we will financially support him and he will reside at Ms. Eulogia Almonte's home in Baltimore, Maryland, until the family grandmother no longer requires 24-hour care. We pray that you will grant our son's compassionate release petition, so that he can return and care for his grandmother. Thank you for your time and consideration. Ms. Eulogia Almonte's life is in danger, and she desperately needs her grandson to care for her.

Sincerely,

_____          _____
Pedro A. Almonte                 Sabrina Almonte

November 7, 2024

Carlos E. Almonte, Register Number: 61800 050
FCI Oxford, Wisconsin

Re: Compassionate Release

Your Honor,

    I, Aide M. Almonte, write in support of my nephew Carlos E. Almonte's request for Reduction of Sentence of Compassionate Release due to extraordinary and compelling reasons.

    The family's grandmother, Eulogia Almonte (my mother), born on March 11, 1931, has a past medical history for hypertension, hypothyroidism, and most recently hospitalizations for neurologic disorders. In April of this year, my mother experienced generalized tonic-clonic seizures and altered mental status. Since then, her health has been deteriorating and requires 24-hour supervision. Her neurologic condition is progressive, and our family has not been able to find a caretaker who can provide constant supervision. We want her dying days to be spent at home, surrounded by her loved ones, particularly her grandson, Carlos E. Almonte.

    My mother resides with me in Baltimore, Maryland. However, I cannot provide her continue care due to my chronic medical conditions of hypertension and Rheumatoid arthritis. My mother cannot do basic activities of daily living, including, but not limited to, bathing, eating, dressing, or going to the bathroom; therefore, my nephew Carlos E. Almonte is needed to care for his 93-year-old grandmother. Due to these circumstances, we respectfully request that my nephew be released so that he can assist and care for his grandmother.

    I believe my nephew is a worthy candidate for compassionate release and your consideration towards this request would be a positive impact for my mother's health. Since arriving to prison in 2010, my nephew has demonstrated his willingness and ability to rehabilitate so that he can reintegrate into society as law-abiding citizen.

    Please note that if my nephew is granted compassionate release to care for his grandmother, we well financially support him and he will reside with me and his grandmother in Baltimore, Maryland. We pray and hope that you will grant my nephew's compassionate release petition, so he can return and care for his grandmother, who desperately needs his assistance.

Sincerely,

*Aide M. Almonte*
Aide M. Almonte.

<u>AFFIDAVIT IN SUPPORT OF</u>
<u>REQUEST FOR REDUCTION OF SENTENCE OR COMPASSIONATE RELEASE</u>

STATE OF <u>MARYLAND</u>

COUNTY OF <u>BALTIMORE</u>

PERSONALLY came and appeared before me, the undersigned Notary, the within named <u>Aide M. Almonte</u>, who is a resident of <u>Baltimore</u> County, State of <u>Maryland</u>, and makes her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of her knowledge:

1. My name is Aide M. Almonte, and I have personal knowledge of the facts set forth in this Affidavit.
2. My mother, Eulogia Almonte, born on March 11, 1931, has a past medical history significant for hypertension, hypothyroidism, and hospitalizations for neurologic disorders.
3. In April of 2024, my mother experienced generalized tonic-clonic seizures and altered mental status. Since then, her health has been deteriorating and requires 24-hour supervision.
4. My mother resides with me in Baltimore, Maryland. However, I cannot provide continue care to my mother due to my chronic medical conditions of hypertension and Rheumatoid arthritis. My mother cannot do basic activities of daily living, including, but not limited to, bathing, eating, dressing, or going to the bathroom; therefore, my nephew Carlos E. Almonte is needed to care for his 93-year-old grandmother.

DATED this the 07 day of November, 2024.

*Aide M. Almonte*

Signature of Affiant

SWORN to subscribe before me, this 07 day of November, 2024.

*Carmen Medrano*

NOTARY PUBLIC

My Commission Expires:

*Carmen Medrano*

CARMEN MEDRANO
Notary Public
Baltimore County
Maryland
My Commission Expires Aug. 21, 2028

To: Honorable Judge John M. Vazquez

Most respectfully, I am seeking a reduction in my sentence. I would like the oppurtunity to re-introduce myself as the person I am today. In which is completely different then who I was fourteen(14) years ago. For I have greatly matured, finding an understanding of myself and the error of my past behavior.

The year 2010 was the year of my actual arrest and at the time I was only 24 years old. A age in which most twenty-something years olds think they know the best about life. Well, that is only until reality sets upon them. Some through the death of a loved one or some kind of accident. Though in my case, that reality was incarceration. And only then was I able to realize that I was still a teenager with the body of an adult, of course, but with the mind of a 16 year old.

However, since then, I have continously strived to better myself. So that perhaps, once I re-enter society, I can build a meaningful life for myself and those whom I love. Furthermore, actually finding joy in the simple things of life. The things which most people take for granted. Because from the day of my arrest, I have had to acknowledge that due to my ignorance (and perhaps arrogance), I've wasted and given up my youth. And I have had many days and restless nights to reflect and ponder on the causes and effects of such restless behavior.

In the past. I couldn't really understand what it meant to truly love yourself, but as of now, I greatly do. For I am not a danger to society, nor am I one to myself. My current aspirations and goals now consist in gaining a firm understanding of the construction industry (specifically HVAC and Electrical). Because these are the career and

life choices which will assist me in building a life for myself and those who are in my life.

My grandmother, as well as my parents were extremely hurt due to my bad choices and because of those choices I've lost valuable time which one can never get back. Therefore, with age, maturity, and other factors. I will never involve myself in any type of harmful or illicit behavior, no matter what it is for. For prison isn't a place in where I want to spend the rest of my days, because life is short. And I want to experience it, time with my family before they pass away, an oppurtunity to have children of my own and simply live and find peace and happiness. So with this I conclude and thank you for setting aside the time to read this letter.

Respectfully,

C. Almonte

Carlos Almonte

2.